UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

              -against-                                      S7 98 Crim. 1023 (LAK)

WADIH EL-HAJE,

              Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        There will be a status conference (counsel only) on September 13, 2012 at 2:00 p.m. in chambers.

        SO ORDERED.

Dated:     September 5, 2012

                                                          Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/12