Aug. 13, 2012

To: Judge Lewis Kaplan
United States District Judge
Southern District of New York

From: Wadih El-Hage

Re: United States vs. Wadih El-Hage
S(7) R 98 Cr. 1023 (LAK)

The Last Re-sentencing Set Date which was September 23, 2011, was cancelled by my lawyers, Mr. Schmidt and Mr. Dratel, without consulting me about the cancellation.

Since that date – almost one year – I have been asking them to set a new Re-sentencing hearing date, but for no avail.

In case they are too busy to work on my case, then I respectfully request a change of counsel, for purposes of Re-sentencing and Appeal.

Thank You

Sincerely,

Wadih El-Hage