March 31, 2013

To: Judge Lewis Kaplan
United States District Judge

DOCKET

APR 9 2013

JUDGE KAPLAN'S C___

    This is to inform the court that I have requested from my lawyers, Mr. Dratel and Mr. Schmidt, to ask the government to have, available for questioning, at the April 23, 2013 resentence hearing; the main FBI agents and Witnesses.

    My past experience with my lawyer is that they delay my requests to the last minute, then use that as an excuse not to do it, therefore I am writing this letter.

    Thank You.

Wadih El-Hage
Re. U.S. V. Usama Bin Laden et al.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

FOREVER USA

PURPLE HEART

COLORADO SPRINGS
CO 809 ? ? L
03 APR 2013   PM

USM-SDNY
D3

Legal Mail

Name Wadih El-Hage
Reg. No. 42393-054
United States Max.
P.O. Box ? ? ? ? ? ? 4/1/13
Florence, CO 81226-8500

To: Judge Lewis Kaplan
United States District Judge
Southern District of New York
U.S. Court House
500 Pearl Street
New York, N.Y. 10007

10007813380