# MEMO ENDORSED

**Julia Pamela Heit**
Attorney at Law
(212) 477-6600
Fax: (866-751-1631)
e-mail: jph164@aol.com



2 Peter Cooper Road (Apt. 10C)
New York, New York 10010



December 18, 2013

Hon. Lewis Kaplan
United States District Court
   For the Sourhen District of New York
40 Foley Square Quarrope Street
New York, NY 1007

Re: USA v. El Hage (docket no.98 CR 1023-01)
Transcript letter

Dear Judge Kaplan:

I was assigned by the Second Circuit to represent the above named defendant on his direct appeal to that Court. In order to perfect Mr. E-Hage's appeal from his re-sentence before this Court, I require the minutes of February 21, 2013.

I therefore request that the Court issue an order that these minutes be unsealed so that I may retain a copy from the Court reporter.

If there are any questions or problems, please do not hesitate to contact me. Thank you for your attention to this matter.

Yours very truly,

Julia Pamela Heit

cc: AUSA Sean Buckley

*[Handwritten endorsement:] The minutes are available without being unsealed to Ms. Heit.*

SO ORDERED

LEWIS A. KAPLAN, USDJ
12/23/13