March 3, 2019

## Motion Letter

TO: Judge Kaplan, District Court Judge
Southern District of New York

From: Wadih El-Hage, Case NO. 98 Cr. 1023 (LAK)

Dear Judge Kaplan

① I have been incarcerated in Solitary Confinement since Sep. 16, 1998.

② The government imposed the Special Administrative Measures (SAMs) on me since Nov. 1998.

③ Justifying this Prolonged Solitary Confinement and SAMs, the government claims I have: "Proclivity for violence" and "risk of death or serious bodily injury to persons".

④ If the government's claims have any merits, then I should qualify for a relief under the recent S. Ct. Dimaya case (138 S. Ct. 1204, 2018).

Thank You
Sincerely
Wadih El-Hage

RECEIVED MAR 12 2019 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 21 2019

19-4292054-0305-MO-015

Name: Wadih El-Hage
Reg No: 42393-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO, 81226-8500

Legal Mail

To: Judge Lewis Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007