April 3, 2019

Motion Denied

**MEMO ENDORSED**

RECEIVED
APR 10 2019
JUDGE KAPLAN'S CHAMBERS

To: Judge Kaplan, District Court Judge
From: Wadih El-Hage

16-CV-3119 (LAK)
98-Cr-1023 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-19

Dear Judge Kaplan

① I hereby thank the court for its order (3/20/2019) in response to my 3/3/2019 motion letter.

② The court was kind enough to "construe" — from my motion — that I was objecting to my 20 years of solitary confinement, yet my motion was: The Applicability of Supreme Court Dimaya Case (138 S.Ct. 1204, 2018) to my case, but due to me being unlettered in writing legal motions, I was not able to make my points clear.

③ This court has appointed Mr. Alan Nelson to represent me for the specific claim under § 2255; yet I had to write Pro Se motions because Mr. Nelson — rightly — confined his office to that one legal claim only.

④ I kindly petition the court to instruct

→ Page ②

Mr. Nelson to legally represent me on this "New Constitutional Rule" in Dimaya Case and/or any other legal cases applicable to my pending §2255 case.

(5) This petition is based on the fact that the government justified keeping me - so far - over 20 years in solitary confinement, by claiming - in my Special Administrative Measures, since Nov. 1998 - that I had "Proclivity for violence" and "Risk of death or serious bodily injury to persons" and similar alligations, while not showing any evidence of even knowing of any violent acts.

Respectfully Submitted
Wadih El-Hage



Legal Mail

Name: Wadih El-Hage
Reg No: 42393-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500
19-42393054-0405-mo-024

To: Judge Lewis Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007

RECEIVED
APR 16 2019
JUDGE KAPLAN'S CHAMBERS

Memorandum Endorsement     El Hage v. United States, 16-cv-3119 (LAK), 98-cr-1023 (LAK)

The movant recently filed what the Court construed as a motion with respect to the conditions of his confinement at ADX Florence, which is located in Colorado. The Court construed the motion as one pursuant to 28 U.S.C. § 2241 and transferred it (but not el Hage's pending 2255 motion) to the District of Colorado. 16-cv-3119, DI 30, 32.

The attached letter asks that this Court broaden the CJA appointment of Alan Nelson, Esq., to include the motion that the Court just transferred to Colorado. Accordingly, the current request is denied without prejudice. The question of whether to appoint counsel in the matter sent to Colorado and, if so, who must be taken up with that Court.

The Clerk shall mail a copy of this Order to the movant.

SO ORDERED.

Dated:     April 29, 2019

_____
Lewis A. Kaplan
United States District Judge