UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WADIH ELIAS EL-HAGE,<br><br>Defendant. | 23-CV-8426 (LTS)<br><br>98-CR-1023 (LAK)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Defendant Wadih Elias El-Hage has filed a motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A). (*See* ECF 1.) The Clerk of Court opened this motion as a new civil action. *See El-Hage v. United States*, No. 23-CV-8426 (LTS). Because this motion should be filed in the underlying criminal case, *see* No. 98-CR-1023, the Court directs the Clerk of Court to file the criminal motion at document number one, in case number 23-CV-8426, in the criminal case. The Court also directs the Clerk of Court to close the civil action and terminate any motions in that matter, without prejudice to El-Hage's litigation of the criminal motion.

SO ORDERED.

Dated:   October 2, 2023
             New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                           Chief United States District Judge