```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-                                         98-cr-1023 (LAK)

WADIH EL HAGE,

                          Defendant.
------------------------------------- x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The government shall respond to the defendant's motion for compassionate release (Dkt 2231) on or before November 14, 2023.

        SO ORDERED.

Dated:      October 4, 2023

                                                                        Lewis A. Kaplan
                                                               United States District Judge