**MEMO ENDORSED**



Safia El-Hage
3628 Bluegrass Dr
Grand Prairie, TX 75052
(817) 691-7973
safia.el-hage@gmail.com

Clerk of the Court
United States District Court
Southern District of New York
U.S. Courthouse – 500 Pearl Street
New York, NY 10007

---

United States of America

V

Wadih Elias El-Hage

---

Dear hardworking Clerk of the Court:

Enclosed is an application for compassionate release under the First Step Act {18 U.S.C. § 3582(c)(1)(A)} written by Wadih El-Hage, Reg. No. 42393-054 (pro se). He has exhausted all other administrative remedies. We, his family, beseech you to consider his qualifications and extraordinary and compelling circumstances and grant him compassionate release.

Also included:

1) 11 support letters from El-Hages family members and in-laws
2) El-Hage's Program Review (Individualized Needs Plan)

Please do not hesitate to contact me for further information.

Thank you for your time and efforts,

Safia El-Hage

*Motion for compassionate release denied, substantially for the reasons laid out by the government in its exceptionally thorough and helpful [response?] (Dkt 2233).*

SO ORDERED

*Lewis A. Kaplan*
LEWIS A. KAPLAN, USDJ    1/9/24